**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Patrice Jordan, | Case No. 2:26-cv-01917-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| SN Servicing Corporation, et al., | |
| Defendants. | |

Plaintiff has filed initiating documents with the Court.  (ECF No. 1).  However, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis* (which means proceeding without paying the filing fee).  Although Plaintiff initiated this action by filing documents, Plaintiff must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee.  The Court will grant Plaintiff one opportunity to file such an application within 30 days.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff: (1) a copy of this order; and (2) the approved short form application to proceed *in forma pauperis* for a non-inmate as well as its instructions.

**IT IS FURTHER ORDERED** that on or before **July 27, 2026,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **July 27, 2026**, the Court will recommend dismissal of this action.

DATED: June 26, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE