**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Patrice Jordan,<br>Plaintiff,<br>v.<br>SN Servicing Corp., et al.,<br>Defendants. | Case No. 2:26-cv-01917-ART-DJA<br><br>**Order** |

Pro se Plaintiff has paid the filing fee. (ECF No. 4). The Court therefore orders the following:

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to detach Plaintiff's complaint (ECF No. 1-1) and exhibits (ECF No. 1-2) and to file them on the docket. The Clerk of Court is further kindly directed to issue summonses.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff must accomplish service within ninety days after the complaint is filed. Fed. R. Civ. P. 4(m).

DATED: July 29, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE